UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

BEFORE HONORABLE **DANIEL R. DOMINGUEZ**

**MINUTES OF PROCEEDINGS**   DATE: December 16, 1999

**CIVIL NO. 98-1472 (DRD)**

COURTROOM DEPUTY: Janet **GONZALEZ**

========================================================================

MARIA SUAREZ VICENTE   .   Attorneys: Jesús HERNANDEZ
                                     Raúl BARRERA

Plaintiffs

v.

AMERICAN AIRLINES   .   Diego RAMOS

Defendants
========================================================================

PRETRIAL CONFERENCE is held in chambers. The parties state their positions regarding settlement. At this time settlement is not viable.

The case is ready for trial. Estimated trial length is three (3) days. Trial will be held after March 15, 2000.

The Court vacates the Order issued on August 24, 1999 imposing sanctions on both parties because the case has moved along and is now where it should be. Hence, the Clerk of Court is instructed to return the monies deposited in Court to the respective counsel.

_____
COURTROOM DEPUTY

s/c: Counsel of record