## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

DATE: March 6, 2000

MARIA IL SUAREZ VICENTE, et al.        CIVIL NO. 98-1472 (DRD)

    Plaintiffs
v.

AMERICAN AIRLINES, INC., et al.

    Defendants

BY ORDER OF THE COURT, this case is set for Jury Trial on May 15, 2000 at 9:00 A.M. before Honorable Daniel R. Domínguez.

_____
Courtroom Deputy

Parties notified:

Jesús Hernández Sánchez, Esq.
Diego Ramos, Esq.
Jury Clerk