UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

MARIA I. SUAREZ VICENTE, et al.,
Plaintiffs,
vs.
AMERICAN AIRLINES, INC., et al.
Defendants.

CIVIL NO. 98-1472 (DRD)

## ORDER

Diego A. Ramos ("Ramos"), lead counsel for American Airlines, Inc. ("American"), filed a Motion for Partial Reconsideration of Order of August 23, 1999 (Docket No. 39), requesting that the Court modify its Order (Docket No. 37), and vacate the imposition of monetary sanctions on María I. Santos ("Santos"), or in the alternative substitute Ramos for Santos. That motion is now **MOOT**. (Docket No. 41); see also (Docket No. 43) (vacating sanctions Order).

Second, American filed a Motion for Extension of Time (Docket No. 41), requesting an extension until October 30, 1999 to submit a brief in support of its motion to exclude Plaintiff's expert testimony. The extension request is **GRANTED/MOOT**. (Docket No. 41).

Lastly, Plaintiff filed a Motion Requesting Extension of Time (Docket No. 46), requesting an extension until March 3, 2000 to reply to a motion to disqualify Plaintiff's engineer Daniel Pérez Antequera as an expert witness. The request is **GRANTED/MOOT**. (Docket No. 46). The Court notes that the brief in support of American's motion to exclude Plaintiff's expert's testimony has yet to be filed.

IT IS SO ORDERED.

Date: March 6, 2000

P:\PEACHORD ERS\98-1472 MTN

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE