UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

MARIA I. SUAREZ VICENTE, et al.,
Plaintiffs,
vs.
AMERICAN AIRLINES, INC., et al.
Defendants.

CIVIL NO. 98-1472 (DRD)

## ORDER

Defendant, American Airlines, Inc. ("American"), filed a Motion to Strike Plaintiffs' Liability Expert (Docket No. 45), requesting the exclusion of Plaintiff's expert testimony. Plaintiffs opposed. (Docket No. 49). Thereafter, American replied to Plaintiffs' opposition and requested a <u>Daubert</u> hearing. (Docket No. 50). American's request for a hearing on its motion to strike Plaintiffs' liability expert (Docket No. 50) is **GRANTED**, and shall be held on _May 26_, 2000 at _1:30 P_.m.

IT IS SO ORDERED.

Date: May 5, 2000

P:\PEACHORD ERS\98-1472B MTN

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

RECEIVED AND FILED
00 MAY -9 AM 8:14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.