UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**          DATE: May 9, 2000

**CIVIL NO. 98-1472 (DRD)**

===============================================================

| | |
|---|---|
| **MARIA I. SUAREZ VICENTE, et al.,** | Attorneys: |
| Plaintiffs, | Jesus M. Hernandez-Sanchez |
| | Raul Barrera-Morales |
| v. | |
| **AMERICAN AIRLINES, INC., et al.,** | Diego A. Ramos-Cayon |
| Defendants. | |

===============================================================

A SETTLEMENT CONFERENCE was held and counsel provided the Court with the status of this case. The Plaintiff and Defendants are very close to reaching settlement. The Court informed the parties that due to the Court's on-going criminal trial the setting for commencement of trial on May 15, 2000 (Docket No. 47) in this case is hereby **VACATED**. However, the hearing set for May 26, 2000 at 1:30 p.m. (Docket No. 52) will be held. The parties are to notify the Court as soon as possible should a settlement materialize in this case preferably by May 19, 2000.

P\MINUTES\98-1472 MEM
s/c: Counsel of record

**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**