UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA SUAREZ VICENTE, et al.,
    Plaintiffs,
v.                                                                                          CIVIL NO.: 98-1472 (DRD)
AMERICAN AIRLINES, INC., et al.,
    Defendants.

### ORDER

The Plaintiffs and Defendants have filed a Stipulation for Voluntary Dismissal with Prejudice, requesting the Court to dismiss this case with prejudice. The Court, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), **GRANTS** the parties' motion, and therefore this case is **DISMISSED WITH PREJUDICE**. Judgment shall be entered accordingly.
IT IS SO ORDERED.

Date: May 31, 2000                                                  DANIEL R. DOMINGUEZ
P:\PEACHORD.ERS\98-1472.DIS                                         U.S. DISTRICT JUDGE

Rec'd:          EOD:

By: