

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA SUAREZ VICENTE, et al.,
    Plaintiffs,

v.                                     CIVIL NO.: 98-1472 (DRD)

AMERICAN AIRLINES, INC., et al.,
    Defendants.

## JUDGMENT

In accordance with the Order of this same date, this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ADJUDGED AND DECREED.**

Date: May 31, 2000                            DANIEL R. DOMINGUEZ
P:\PEACHORD.ERS\98-1472.DIS               U.S. DISTRICT JUDGE

Rec'd:        EOD:

By:        #